implied assurances concerning your position on such case, issue, or question? If so, explain fully.

No.

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shadid, James E. | District Court, Central District of Illinois | 05/28/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge- Nominee | [✓] Nomination. Date 05/27/2010 <br> [ ] Initial   [ ] Annual   [ ] Final <br> 5b. [ ] Amended Report | 01/01/2009 to 04/30/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Peoria County Courthouse <br> 324 Main St., Room 215 <br> Peoria, Il 61602 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✓] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | Judges Retirement System of Illinois-- pension upon retirement (no control) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | Judicial Salary- State of Illinois | $58,000.00 |
| 2. | 2010 | Bradley University- Teaching | $2,500.00 |
| 3. | 2009 | Judicial Salary- State of Illinois | $171,000.00 |
| 4. | 2009 | Bradley University- Teaching | $5,000.00 |
| 5. | 2008 | Judicial Salary- State of Illinois | $169,000.00 |
| 6. | 2008 | Bradley University- Teaching | $5,000.00 |
| 7. | | | |
| 8. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 05/28/2010 |

4.

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 05/28/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Bank | Credit Card | J |
| 2. U. S. Government- Direct Loans | student loan- A | J |
| 3. U. S. Government- Direct Loans | student loan- B | J |
| 4. Chase Health | medicals | J |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 05/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Camden County Mun Utils bonds | B | Interest | K | T | Exempt | | | | |
| 2. Ill State CollegeSvgs bonds | A | Interest | K | T | | | | | |
| 3. Illinois State Zero College bonds | A | Interest | K | T | | | | | |
| 4. IRA 1- all common stock | | None | N | T | | | | | |
| 5. -Abbott Laboratories ABT | | | | | | | | | |
| 6. -Alkermes ALKS | | | | | | | | | |
| 7. -Allied World AWH | | | | | | | | | |
| 8. -Amazon Com AMZN | | | | | | | | | |
| 9. -Amgen AMGN | | | | | | | | | |
| 10. -Anadarko Petroleum APC | | | | | | | | | |
| 11. -AOL | | | | | | | | | |
| 12. -Applied Materials Delaware AMAT | | | | | | | | | |
| 13. -Autodesk Inc ADSK | | | | | | | | | |
| 14. -Baker Hughes BHI | | | | | | | | | |
| 15. -Bank of America BOA | | | | | | | | | |
| 16. -Barrick Gold ABX | | | | | | | | | |
| 17. -Bed Bath & Beyond BBBY | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 05/28/2010 |

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Berkshire Hathaway BRKB | | | | | | | | | |
| 19. -Biogen Idec BIIB | | | | | | | | | |
| 20. -Boeing BA | | | | | | | | | |
| 21. -Broadcom Corp BRCM | | | | | | | | | |
| 22. -Cablevision Systems CVC | | | | | | | | | |
| 23. -Celgene Corp CELG | | | | | | | | | |
| 24. -Chevron CVX | | | | | | | | | |
| 25. -Chubb CB | | | | | | | | | |
| 26. -Cisco Sys CSCO | | | | | | | | | |
| 27. -Citrix Systems CTXS | | | | | | | | | |
| 28. -Coca-Cola KO | | | | | | | | | |
| 29. -Comcast CMCSK | | | | | | | | | |
| 30. -Comerica CMA | | | | | | | | | |
| 31. -Coviden PLC Dublin COV | | | | | | | | | |
| 32. -Cree CREE | | | | | | | | | |
| 33. -CVS Caremark CVS | | | | | | | | | |
| 34. -Direct TV DTV | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Discovery Communication DISCK | | | | | | | | | |
| 36. -Discovery Communication DISCA | | | | | | | | | |
| 37. -Dolby Laboratories DLB | | | | | | | | | |
| 38. -Dover Corp DOV | | | | | | | | | |
| 39. -Dreyfus Money Market #DMM | | | | | | | | | |
| 40. -E I DuPont DD | | | | | | | | | |
| 41. -East West Bancorp EWBC | | | | | | | | | |
| 42. -Ebay EBAY | | | | | | | | | |
| 43. -Electronic Arts ERTS | | | | | | | | | |
| 44. -Emerson Electric EMR | | | | | | | | | |
| 45. -Ericsson L M Tel ERIC | | | | | | | | | |
| 46. -Expedia EXPE | | | | | | | | | |
| 47. -Exxon Mobil XOM | | | | | | | | | |
| 48. -Fluor Corp FLR | | | | | | | | | |
| 49. -Forest Lab FRX | | | | | | | | | |
| 50. -Franklin Resources BEN | | | | | | | | | |
| 51. -Freeport McMoran Copper FCX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns D1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Gamco Investors GBL | | | | | | | | | |
| 53. -Gap GPS | | | | | | | | | |
| 54. -General Electric GE | | | | | | | | | |
| 55. -Genzyme Corp GENZ | | | | | | | | | |
| 56. -Google GOOG | | | | | | | | | |
| 57. -Home Depot HD | | | | | | | | | |
| 58. -Honeywell HON | | | | | | | | | |
| 59. -Intel Corp INTC | | | | | | | | | |
| 60. -Intl Business Machines IBM | | | | | | | | | |
| 61. -Jacobs Engineering JEC | | | | | | | | | |
| 62. -Johnson & Johnson JNJ | | | | | | | | | |
| 63. -JP Morgan JPM | | | | | | | | | |
| 64. -Juniper Networks JNPR | | | | | | | | | |
| 65. -Kraft Foods KFT | | | | | | | | | |
| 66. -L 3 Communications LLL | | | | | | | | | |
| 67. -LaSalle Hotel LHO | | | | | | | | | |
| 68. -Lawson Software LWSN | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 9 of 14

Name of Person Reporting

Shadid, James E.

Date of Report

05/28/2010

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Legg Mason SHRAX | | | | | | | | | |
| 70. -Legg Mason CB Appreciation SHAPX | | | | | | | | | |
| 71. -Liberty Global LBTYA | | | | | | | | | |
| 72. -Liberty Global LBTYK | | | | | | | | | |
| 73. -Liberty Media Starz LSTZA | | | | | | | | | |
| 74. -Liberty Media Hldg LCAPA | | | | | | | | | |
| 75. -Madison Square Garden MSG | | | | | | | | | |
| 76. -McDermott Intl MDR | | | | | | | | | |
| 77. -McKesson Corp MCK | | | | | | | | | |
| 78. -Merck & Co MRK | | | | | | | | | |
| 79. -Microsoft Corp MSFT | | | | | | | | | |
| 80. -Murphy Oil Corp MUR | | | | | | | | | |
| 81. -Nasdaq OMX Group NDAQ | | | | | | | | | |
| 82. -National Oil Well NOV | | | | | | | | | |
| 83. -Novartis AG NVS | | | | | | | | | |
| 84. -Novellus Sys NVLS | | | | | | | | | |
| 85. -Nucor Corp NUE | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 -More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shadid, James E. | 05/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Nvidia Corp NVDA | | | | | | | | | |
| 87. -Paccar Inc PCAR | | | | | | | | | |
| 88. -Pall Corp PLL | | | | | | | | | |
| 89. -Penske Automotive PAG | | | | | | | | | |
| 90. -Pepsico Inc PEP | | | | | | | | | |
| 91. -Pfizer Inc PFE | | | | | | | | | |
| 92. -Proctor & Gamble PG | | | | | | | | | |
| 93. -Qualcomm Inc QCOM | | | | | | | | | |
| 94. -Raytheon Co RTN | | | | | | | | | |
| 95. -Robert Half International RHI | | | | | | | | | |
| 96. -Roche HLDG ltd RHHBY | | | | | | | | | |
| 97. -Sandisk Corp SNDK | | | | | | | | | |
| 98. -Schlumberger Ltd SLB | | | | | | | | | |
| 99. -Schwab Charles Corp SCHW | | | | | | | | | |
| 100. -Seagate Technology STX | | | | | | | | | |
| 101. -Sears Holdings Corp SHLD | | | | | | | | | |
| 102. -Simpson MFG Co SSD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -State Street Corp STT | | | | | | | | | |
| 104. -Synovus Financial Corp SNV | | | | | | | | | |
| 105. -Taiwan Semiconductor TSM | | | | | | | | | |
| 106. -Texas Instruments TXN | | | | | | | | | |
| 107. -Time Warner Cable TWC | | | | | | | | | |
| 108. -Time Warner Inc TWX | | | | | | | | | |
| 109. -Transocean Ltd Switzerland RIG | | | | | | | | | |
| 110. -Tutor Perini Corp TPC | | | | | | | | | |
| 111. -Tyco Electronics TEL | | | | | | | | | |
| 112. -Tyco Intl Ltd TYC | | | | | | | | | |
| 113. -Unilever PLC Spons ADR UL | | | | | | | | | |
| 114. -United Parcel Service UPS | | | | | | | | | |
| 115. -United Health Group UNH | | | | | | | | | |
| 116. -Varian Semiconductor Equip VSEA | | | | | | | | | |
| 117. -Verigy Ltd VRGY | | | | | | | | | |
| 118. -Verizon Communications VZ | | | | | | | | | |
| 119. -Vertex Pharmaceuticals VRTX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Vodafone Group VOD | | | | | | | | | |
| 121. -Wal-Mart Stores Inc WMT | | | | | | | | | |
| 122. -Walt Disney DIS | | | | | | | | | |
| 123. -Weatherford International WFT | | | | | | | | | |
| 124. -Weyerhaeuser Co WY | | | | | | | | | |
| 125. -Williams Sonoma WSM | | | | | | | | | |
| 126. IRA 2 | None | | J | T | | | | | |
| 127. -Bank Deposit Program BDP cash | | | | | | | | | |
| 128. -Consolidated Edison ED common stock | | | | | | | | | |
| 129. -Legg Mason Clearbridge Fund SBLGX common stock | | | | | | | | | |
| 130. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 44 | 791 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-see schedule | | 71 | 899 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable -primary residence | | 90 | 000 |
| Real estate owned-primary residence | | 250 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 17 | 500 | Chase Health (Medical) | | 6 | 170 |
| Cash value-life insurance | | | | Chase Mastercard | | 2 | 000 |
| Other assets itemize: | | | | | | | |
| IRA – Account 1 – see schedule | | 342 | 601 | | | | |
| IRA – Account 2 – see schedule | | 8 | 628 | | | | |
| | | | | Total liabilities | | 98 | 170 |
| | | | | Net Worth | | 637 | 249 |
| Total Assets | | 735 | 419 | Total liabilities and net worth | | 735 | 419 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

| | |
|---|---:|
| E I Du Pont De Nemours & Co (DD) | 2,158 |
| East West Bancorp Inc (EWBC) | 65 |
| EBay Inc (EBAY) | 4,745 |
| Electronic Arts (ERTS) | 1,980 |
| Emerson Electric Co (EMR) | 3,209 |
| Ericsson L M Tel Co Cl B ADR New (ERIC) | 802 |
| Expedia Inc (EXPE) | 3,524 |
| Exxon Mobil Corp (XOM) | 2,427 |
| Flour Corp New (FLR) | 1,832 |
| Forest Laboratories Inc (FRX) | 2,994 |
| Franklin Resources Inc (BEN) | 994 |
| Freeport McMoran Copper & Gold Cl b (FCX) | 3,016 |
| Gamco Investors Inc (GBL) | 421 |
| Gap Inc Delaware (GPS) | 1,976 |
| General Electric Co (GE) | 2,669 |
| Genzyme Corp (GENZ) | 2,445 |
| Google Inc Class A (GOOG) | 1,929 |
| Home Depot Inc (HD) | 10,254 |
| Honeywell Intl Inc (HON) | 2,763 |
| Intel Corp (INTC) | 5,567 |
| Intl Business Machines Corp (IBM) | 2,256 |
| Jacobs Engineering Group Inc (JEC) | 251 |
| Johnson & Johnson (JNJ) | 7,302 |
| JP Morgan Chase & Co (JPM) | 5,144 |
| Juniper Networks Inc (JNPR) | 2,896 |
| Kraft Foods Inc Class A (KFT) | 2,189 |
| L3 Communications Hldgs Inc (LLL) | 4,166 |
| Lasalle Hotel Pptys SBI (LHO) | 768 |
| Lawson Software Inc New (LWSN) | 951 |
| Legg Mason Clearbridge Agg Growth (SHRAX) | 17,281 |
| Liberty Global Inc Class A (LBTYA) | 430 |
| Liberty Global Inc Ser C (LBTYK) | 526 |
| Liberty Media Corp Starz Ser A (LSTZA) | 513 |
| Liberty Media Hldg Corp Ser A (LCAPA) | 1,789 |
| Liberty Media Hldg Interactive Ser A (LINTA) | 3,013 |
| Madison Square Garden Inc (MSG) | 892 |
| McDermott Intl Inc (MDR) | 451 |
| McKesson Corp (MCK) | 2,060 |
| Merck & Co Inc New (MRK) | 639 |
| Microsoft Corp (MSFT) | 6,697 |
| Murphy Oil Corp (MUR) | 308 |
| NASDAQ IMX Group Inc (NDAQ) | 1,500 |
| National Oilwell Varco Inc (NOV) | 734 |
| Novartis AG ADR (NVS) | 3,610 |
| NovellUS Sys Inc (NVLS) | 2,497 |
| Nucor Corp (NUE) | 1,516 |
| Nvidia Corp (NVDA) | 2,153 |